# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-1324**  **September Term, 2012**

CMCR-09-001

**Filed On:** January 25, 2013

Ali Hamza Ahmad Suliman al Bahlul,

    Petitioner

    v.

United States of America,

    Respondent

**BEFORE:**   Henderson, Rogers, and Tatel, Circuit Judges

## O R D E R

Upon consideration of the supplemental briefs filed by the parties and, in particular, the supplemental brief filed by the Government on January 9, 2013, advising the Court that it takes the "position that *Hamdan*[ *v. United States*, 696 F.3d 1238 (D.C. Cir. 2012)] requires reversal of Bahlul's convictions by military commission," Supplemental Br. for the United States at 1, it is

**ORDERED** that the petitioner's convictions by military commission approved on June 3, 2009, are hereby vacated. *Cf. United States v. Law*, 528 F.3d 888, 909 (D.C. Cir. 2008) (per curiam) (vacating conviction based on Government's concession).

The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Cheri Carter
Deputy Clerk